# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 21-cv-1556-CAB-AGS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

TQ Delta's motion to enforce the subpoena is DENIED. The September 28, 2021 hearing is vacated as moot. Case Closed.

**Date:** 9/24/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Hazard
A. Hazard, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 21-cv-1556-CAB-AGS

In Re: Maxlinear, Inc., a California corporation

TQ Delta, LLC ,
Plaintiff

v.

Comcast Cable Communications LLC; Coxcom LLC and Cox Communications Inc.; Dish Network Corporation et al. ; Time Warner Cable Inc. et al. ; and Verizon Services Corp.

Defendants